IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARDSON M. ROBERTS,<br><br>    Defendant. | Civil Action No. 3:09-0812<br><br>Judge Nixon<br><br>Magistrate Judge Brown |

### UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff United States of America respectfully submits this motion for leave to file the attached proposed Amended Complaint, which adds Bucksnort RR Ranch LLC as a Defendant. This unopposed motion should be granted for the following reasons:

1.  On September 4, 2009, the United States filed the Complaint in this action. (Docket # 1.) The Complaint alleges that Defendant Richardson M. Roberts discharged pollutants into waters of the United States without a permit in violation of the Clean Water Act, 33 U.S.C. § 1311(a). Specifically, the Complaint alleges that Mr. Roberts constructed an earthen dam in Snake Creek and associated wetlands and tributaries on property located in Humphreys County, Tennessee. The United States requests that the Court, among other things, issue a permanent injunction against future Clean Water Act violations, require Defendant to effect complete restoration of the waters of the United States, and pay a civil penalty pursuant to 33 U.S.C. § 1319(d).

2.  Subsequent to the filing of the Complaint, the United States has received information that Bucksnort RR Ranch LLC, a Tennessee limited liability corporation, is the

owner of the property upon which the alleged unlawful discharges took place. The United States also has learned that Bucksnort RR Ranch LLC financed the construction of the dam that is associated with the Clean Water Act violations alleged in the Complaint. Upon information and belief, Mr. Roberts is one of two members of Bucksnort RR Ranch LLC.

3. The United States would like to amend its Complaint to add Bucksnort RR Ranch LLC as a Defendant.

4. Pursuant to the Case Management Order entered by the Court on January 21, 2010 (Docket #10), motions to amend the pleadings should be filed before June 30, 2010.

5. Counsel for the United States has provided a copy of the proposed Amended Complaint to counsel for Defendant. On May 17, 2010, counsel for Defendant advised counsel for the United States that Defendant does not oppose this motion.

6. The United States is unaware of any prejudice that would be suffered by any party by the granting of the relief sought herein.

For the above reasons, the United States respectfully requests that the Court grant this motion and permit the United States to file the attached Amended Complaint.

Dated: May 18, 2010

Respectfully submitted,

ERIC H. HOLDER, Jr.
Attorney General of the United States

*s/ Lisa S. Rivera*

_____
LISA S. RIVERA
Assistant United States Attorney
BPR# 024843
Suite A-961, 110 9th Avenue South
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

*s/ Paul Cirino*
_____
PAUL CIRINO
MEREDITH B. WEINBERG
Trial Attorneys
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone: (202) 514-1542 (Cirino)
Telephone: (202) 514-2593 (Weinberg)
paul.cirino@usdoj.gov
meredith.weinberg@usdoj.gov

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that, on May 18, 2010, a true and correct copy of the foregoing UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT was served on counsel for Defendant by sending said document by electronic mail and First Class U.S. Mail, postage prepaid, to the following:

J.W. Luna
Mike Pearigen
Luna Law Group, PLLC
333 Union Street, Suite 300
Nashville, Tennessee 37201
jwluna@farmerluna.com
pearigen@farmerluna.com

William H. Farmer
William Burgin Hawkins III
Jones Hawkins & Farmer, PLC
150 Fourth Avenue North, Suite 1820
Nashville, Tennessee 37219
bfarmer@joneshawkinsfarmer.com

*s/ Paul Cirino*
_____
PAUL CIRINO

3