UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:09-cv-00812 |
| v. ) | |
| ) | |
| RICHARDSON M. ROBERTS and ) | JUDGE SHARP |
| BUCKSNORT RR RANCH, LLC, ) | MAGISTRATE JUDGE BROWN |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Plaintiff's Motion for Partial Summary Judgment (Docket Entry No. 42) is hereby GRANTED IN PART and DENIED IN PART.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE